Circuit Court for Montgomery County
Case No. 433731-V
Argued: April 10, 2018

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 14
September Term, 2017

ATTORNEY GRIEVANCE COMMISSION

OF MARYLAND

v.

BENJAMIN N. NDI

Barbera, C.J.
Greene
Adkins
McDonald
Watts
Hotten
Getty,

JJ.

PER CURIAM ORDER

Filed: April 10, 2018

ATTORNEY GRIEVANCE       *     **In the**
COMMISSION OF MARYLAND

                                *     **Court of Appeals**

         v.                    *     **of Maryland**

BENJAMIN N. NDI           *     **Misc. Docket AG No. 14**
                                         **September Term, 2017**

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 10th day of April 2018,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Benjamin N. Ndi be, a non-admitted attorney, be and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall place Benjamin N. Ndi on a list of non-admitted attorneys who are excluded from exercising in any manner the privilege of practicing law in the State of Maryland and pursuant to Maryland Rule 19-742(g), shall certify that fact to the State Court Administrator, the State Board of Law Examiners and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Benjamin N. Ndi.

                                        /s/ Mary Ellen Barbera
                                        Chief Judge